# Earnings Statement

**ADP**

SUPERIOR HONDA OF OMAHA
4111 SOUTH 144 STREET
OMAHA , NEBRASKA 68137
PHONE (402) 408-1000

Period Beginning: 12/27/2019
Period Ending: 01/13/2020
Pay Date: 01/16/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  NE: 0

BRANDY L FERRIS
1310 N 19TH ST
COUNCIL BLUFFS IA 51501

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 84.72 | 2,033.28 | 2,033.28 |
| Overtime | 36.0000 | .19 | 6.84 | 6.84 |
| **Gross Pay** | | | **$2,040.12** | 2,040.12 |

**Important Notes**
BASIS OF PAY: HOURLY

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -168.58 | 168.58 |
| | Social Security Tax | -126.49 | 126.49 |
| | Medicare Tax | -29.58 | 29.58 |
| | NE State Income Tax | -94.45 | 94.45 |
| | **Other** | | |
| | 401K | -50.00* | 50.00 |
| | **Net Pay** | **$1,571.02** | |
| | Checking Deposi | -321.02 | |
| | Direct Deposit | -1,250.00 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,990.12

© 2000 ADP, LLC

---

SUPERIOR HONDA OF OMAHA
4111 SOUTH 144 STREET
OMAHA , NEBRASKA 68137
PHONE (402) 408-1000

Advice number: 00000037020
Pay date: 01/16/2020

Deposited to the account of
BRANDY L FERRIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx0683 | xxxx xxxx | $1,250.00 |
| xxxxxxxx1522 | xxxx xxxx | $321.02 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. |  |
|---|---|---|---|---|---|
| MXK | 000898 | 102201 | 8810 | 0000530024 | 1 |

## Earnings Statement

ADP

SUPERIOR HONDA OF OMAHA
4111 SOUTH 144 STREET
OMAHA, NEBRASKA  68137
PHONE (402) 408-1000

Period Beginning: 12/12/2019
Period Ending: 12/26/2019
Pay Date: 12/31/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 2
  NE: 0

BRANDY L FERRIS
1310 N 19TH ST
COUNCIL BLUFFS IA 51501

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 72.09 | 1,730.16 | 2,338.80 |
| Overtime | 36.0000 | 1.20 | 43.20 | 43.20 |
| Spiff Prior $ |  |  | 50.00 | 50.00 |
| Gross Pay |  |  | $1,823.36 | 2,432.00 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -149.72 | 159.76 |
|  | Social Security Tax | -113.04 | 150.78 |
|  | Medicare Tax | -26.43 | 35.26 |
|  | NE State Income Tax | -83.46 | 98.07 |
|  | **Other** |  |  |
|  | Spiff Deduction | -50.00 |  |
|  | **Net Pay** | **$1,400.71** |  |
|  | Checking Deposi | -150.71 |  |
|  | Direct Deposit | -1,250.00 |  |
|  | **Net Check** | **$0.00** |  |

Your federal taxable wages this period are
$1,823.36

© 2000 ADP, LLC

SUPERIOR HONDA OF OMAHA
4111 SOUTH 144 STREET
OMAHA, NEBRASKA  68137
PHONE (402) 408-1000

Advice number: 00000530024
Pay date: 12/31/2019

Deposited to the account of
BRANDY L FERRIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx0683 | xxxx xxxx | $1,250.00 |
| xxxxxxxx1522 | xxxx xxxx | $150.71 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | NUMBER |  |
|---|---|---|---|---|---|
| MXK | 000898 | 102201 | 8810 | 0003343910 | 1 |

## Earnings Statement

SUPERIOR HONDA OF OMAHA
4111 SOUTH 144 STREET
OMAHA , NEBRASKA 68137
PHONE (402) 408-1000

Period Beginning: 11/26/2019
Period Ending: 12/11/2019
Pay Date: 12/16/2019

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  2
  NE:  0

BRANDY L FERRIS
1310 N 19TH ST
COUNCIL BLUFFS IA 51501

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 25.36 | 608.64 | 608.64 |
| Gross Pay | | | $608.64 | 608.64 |

### Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -10.04 | 10.04 |
| Social Security Tax | -37.74 | 37.74 |
| Medicare Tax | -8.83 | 8.83 |
| NE State Income Tax | -14.61 | 14.61 |

Net Pay    $537.42

Net Check    $537.42

### Deposits

| | |
|---|---|
| Account No. | xxxxxxxx0683 |
| Transit/ABA | xxxx xxxx |
| Pending | |
| Account No. | xxxxxxxx1522 |
| Transit/ABA | xxxx xxxx |
| Pending | |

### Important Notes
BASIS OF PAY: HOURLY

YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

Your federal taxable wages this period are $608.64

© 2000 ADP, LLC

---

SUPERIOR HONDA OF OMAHA
4111 SOUTH 144 STREET
OMAHA , NEBRASKA 68137
PHONE (402) 408-1000

MXK                                     27-5/1040
Payroll check number: 0003343910
Pay date:   12/16/2019

Pay to the order of:  BRANDY L FERRIS

This amount:  FIVE HUNDRED THIRTY SEVEN AND 42/100 DOLLARS                $537.42

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS
THIS IS NOT A CHECK

WELLS FARGO BANK, N.A.

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| D4 / AK2 20766209 | 01/2205 | 5621012 | 1 of 1 |

TIM ONEILL CHEVROLET INC
1010 34TH AVE
COUNCIL BLUFFS, IA 51502

**Earnings Statement**

ADP

Period Starting: 11/08/2019
Period Ending: 11/21/2019
Pay Date: 11/29/2019

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
    Federal:   1                  Federal:
    State:     1                  State:
    Local:     0                  Local:
Social Security Number:  XXX-XX-XXXX

BRANDY FERRIS
1310 N 19TH ST
COUNCIL BLUFFS, IA 51501

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1400.00 | 12733.88 |
| Overtime | | | 0.00 | 68.85 |
| Vacation | | | 0.00 | 1008.00 |
| Holiday | | | 0.00 | 288.00 |
| **Gross Pay** | | | **$1,400.00** | **$14,098.73** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| ER-Sponsored Healthcare | 194.65 | 1362.55 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0683 | XXXXXXXXX | 1118.60 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -119.92 | 1213.55 |
| Social Security | -86.80 | 848.33 |
| Medicare | -20.30 | 198.40 |
| Iowa State Income | -54.38 | 551.28 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Medical Insurance | 0.00 | 60.00 |
| Dental Insurance - Kansas | 0.00 | 68.28 |
| Life Insurance - Kansas City | 0.00 | 82.68 |
| A/R | 0.00 | 1379.23 |
| STD - Kansas City Life | 0.00 | 84.78 |
| HSA CAF125 pre-tax $ | 0.00 | 205.00 |

| Net Pay | $1,118.60 |
|---|---|

Your federal taxable wages this period are $1,400.00

TIM ONEILL CHEVROLET INC
1010 34TH AVE
COUNCIL BLUFFS, IA 51502

Pay Date: 11/29/2019

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX0683 | XXXXXXXXX | 1118.60 |

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| D4 / AK2 20766209 | 01/2205 | 5599234 | 1 of 1 |

TIM ONEILL CHEVROLET INC
1010 34TH AVE
COUNCIL BLUFFS, IA 51502

**Earnings Statement**

ADP

Period Starting: 10/23/2019
Period Ending: 11/07/2019
Pay Date: 11/15/2019

Taxable Marital Status: Single
Exemptions/Allowances:       Tax Override:
  Federal:  1                  Federal:
  State:    1                  State:
  Local:    0                  Local:
Social Security Number: XXX-XX-XXXX

BRANDY FERRIS
1310 N 19TH ST
COUNCIL BLUFFS, IA 51501

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2000.00 | 11333.88 |
| Overtime | | | 0.00 | 68.85 |
| Vacation | | | 0.00 | 1008.00 |
| Holiday | | | 0.00 | 288.00 |
| Gross Pay | | | $2,000.00 | $12,698.73 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -194.10 | 1093.63 |
| Social Security | -124.00 | 761.53 |
| Medicare | -29.00 | 178.10 |
| Iowa State Income | -88.07 | 496.90 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Medical Insurance | 0.00 | 60.00 |
| Dental Insurance - Kansas | 0.00 | 68.28 |
| Life Insurance - Kansas City | 0.00 | 82.68 |
| A/R | 0.00 | 1379.23 |
| STD - Kansas City Life | 0.00 | 84.78 |
| HSA CAF125 pre-tax $ | 0.00 | 205.00 |

Net Pay   $1,564.83

| Other Benefits and Information | this period | year to date |
|---|---|---|
| ER-Sponsored Healthcare | 194.65 | 1167.90 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0683 | XXXXXXXXX | 1564.83 |

Your federal taxable wages this period are $2,000.00

TIM ONEILL CHEVROLET INC
1010 34TH AVE
COUNCIL BLUFFS, IA 51502

Pay Date:   11/15/2019

Deposited to the account
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX0683 | XXXXXXXXX | 1564.83 |